IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STANLEY LARRY VARGAS,

      Plaintiff,

vs.                                            CIV No. 1:20-00323-MV-KRS

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.

## ORDER GRANTING SECOND MOTION TO EXTEND

**THIS MATTER** comes before the Court upon Defendant's Second Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 13). Having reviewed the request, the Court FINDS there is good cause for granting the motion.

**IT IS THEREFORE ORDERED** that Defendant shall file and serve his responsive pleading on or before October 30, 2020.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 08/27/2020*
LAURA HOLLAND
Special Assistant United States Attorney

*Electronically approved 08/27/2020*
LAURA J. JOHNSON
Attorney for Plaintiff