IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STANLEY LARRY VARGAS,**
        **Plaintiff,**

**vs.**                                          **CIV NO. 1:20-00323-MV/KRS**

**ANDREW SAUL,**
**Commissioner of Social Security,**
        **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Reverse and Award Benefits with Supporting Memorandum (Doc. 22), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 19, 2021, to file a response, and Plaintiff shall have until May 3, 2021, to file a reply.

                                                        _/s/ Kevin Sweazea_
                                                        KEVIN R. SWEAZEA
                                                        United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 03/16/2021_
LAURA H. HOLLAND
Special Assistant United States Attorney

_Electronically approved 03/16/2021_
LAURA J. JOHNSON
Attorney for Plaintiff