IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STANLEY LARRY VARGAS,

    Plaintiff,

vs.                                                      No. 1:20-CV-00323-MV-KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court upon Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 22), filed January 13, 2021. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Kevin R. Sweazea who entered Proposed Findings of Fact and [a] Recommended Disposition ("PFRD") (Doc. 29) on September 7, 2021. As detailed in the PFRD, Judge Sweazea recommended that the Court grant Plaintiff's Motion, and he notified the parties of their right to file written objections pursuant to 28 U.S.C. § 636(b)(1)(C). Neither party objected to the PFRD, and the deadline for so doing expired on September 21, 2021. Having reviewed the record, the Court determines that it will adopt the PFRD in its entirety and grant Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings of Fact and Recommended Disposition (Doc. 29) is hereby ADOPTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 22) is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE